AARON D. FORD
  Attorney General
KYLE L. HILL, (Bar No.16094)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Interested Party*
 *Nevada Department of Corrections*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT, III, | Case No. 3:23-cv-00274-ART-CLB |
| Plaintiff, | |
| v. | **ORDER APPROVING INTERESTED PARTY'S MOTION TO VACATE THE EARLY MEDIATION CONFERENCE** |
| K.G. OLSEN, *et al.*, | |
| Defendant. | |

Interested Party, the Nevada Department of Corrections (NDOC), by and through counsel, Aaron D. Ford, Nevada Attorney General, and Kyle L. Hill, Deputy Attorney General, hereby moves this Court for an order vacating the Early Mediation Hearing set for Tuesday, August 6, 2024.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCION**

This case is a *pro se* civil rights action pursuant to 42 U.S.C. §1983. ECF No. 1-1 at 1. Plaintiff, James Scott (Scott) is an offender currently housed at Northern Nevada Correctional Center (NNCC). After mandatory screening, this Court permitted Scott to proceed on two claims: (1) a First Amendment Establishment Clause claim against Defendants K.G. Olsen, Perry Russell, Frenandeis A. Frazier, Mike or John W. Henley, Robert Ashcraft, and Robert Hartman; and (2) claims under the First Amendment's Free Exercise Clause and the Religious Land Use and Institutionalized Persons Act of 2000

1 against Defendants K.G. Olsen, Perry Russell, Frenandeis A. Frazier, Mike or John W.
2 Henley, Robert Ashcraft, and Robert Hartman. ECF No. 6 at 7:22-28.

## II. ARGUMENT

Currently, Scott has a number of active lawsuits that are at various stages in litigation. Many of Scott's earliest screened cases are now in discovery. The parties have met for numerous early mediation conferences (EMC) and a global settlement conference conducted by Judge Carla Baldwin, which for the exception of Case No. 3:23-cv-00265-MMD-CSD (.265), have not resulted in settlements.

An early mediation conference is set for Tuesday, August 6, 2024 at 1:00 pm. (ECF No. 9) In preparation for the conference, counsel for the Defendants contacted Plaintiff to discuss this matter. During this conversation, parties agreed that following the settlement agreement in .265, the parties have conferred on potential settlements in upcoming EMCs and have determined future settlements are unlikely to occur at this time. The terms which the parties reached in .265 precludes the ability to settle future cases on similar terms, and the parties have been unable to reach an acceptable middle ground on all other cases.

Magistrate Judge Ferenbach, in *Hill v Villatoro*, 2021 WL 8016717 (D. Nev. 2021) stated as follows:

> Prisoner civil-rights cases under 42 U.S.C. § 1983 generally require significant time and resources to resolve. These costs are perhaps most acutely felt by incarcerated plaintiffs who understandably want swift resolution for alleged constitutional violations but often lack the funds needed to retain an attorney to prosecute their claims. In an effort minimize these costs, the U.S. District for the District of Nevada created the Inmate Early Mediation Program, in which eligible § 1983 cases are sent to early mediation after the Court screens the complaint. A party moving to exclude a case from the program must demonstrate why the case is not suitable for mediation. In any event, defendants in cases that the Court has referred to its mediation program have the right not to make any settlement offers, and plaintiffs have the right not to accept settlement offers. And when mediation does not appear likely to be productive and save resources, the Court may choose to remove a case from the program and vacate any scheduled mediation conference.

*Id*. at 1.

///

### III.    CONCLUSION

Based upon the conversation between the undersigned counsel and Scott, the Interested Party respectfully requests this Court vacate the Early Mediation Conference set for Tuesday, August 6, 2024, at 1:00 pm.  The Interested Party requests that the Court use its inherent powers to control its docket by issuing an order vacating the early mediation conference and ending the 90-day stay.

DATED this 1st day of August, 2024

AARON D. FORD
Attorney General

By: /s/ Kyle L. Hill
KYLE L. HILL (Bar No. 16094)
Deputy Attorney General
*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED: August 2, 2024.

_____
Craig S. Denney, U.S. Magistrate Judge