# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES EDWARD SCOTT, III,

    Plaintiff

v.

K.G. OLSEN, et al.,

    Defendants

Case No.: 3:23-cv-00274-MMD-CSD

**Order**

Re: ECF No. 30

Defendant Olsen filed a motion for summary judgment on June 4, 2025. (ECF Nos. 30, 30-1 to 30-8.) On June 5, 2025, District Judge Du issued an order giving Plaintiff 21 days to file his response to the motion for summary judgment. (ECF No. 31.) To date, Plaintiff has not filed a response to the motion. Plaintiff has up to and including **July 22, 2025**, to file his response to the motion for summary judgment. If he fails to do so, the court will consider the motion unopposed and will proceed with issuing a report and recommendation on the motion.

**IT IS SO ORDERED**.

Dated: July 2, 2025

                                        Craig S. Denney
                                        United States Magistrate Judge